CHARLES B. MONTANO *v.* CATHERINE MONTANO

The defendant's petition for certification for appeal from the Appellate Court, 38 Conn. App. 915 (AC 12919), is denied.

*Elizabeth A. Gallagher,* in support of the petition.

*Lisa A. Faccadio,* in opposition.

Decided September 13, 1995

STATE OF CONNECTICUT *v.* RAMON RIVERA

The defendant's petition for certification for appeal from the Appellate Court, 38 Conn. App. 916 (AC 13769), is denied.

*Leonard M. Crone,* in support of the petition.

*Margaret G. Radionovas,* assistant state's attorney, in opposition.

Decided September 13, 1995

AMY BOWER ET AL. *v.* DAVID D'ONFRO ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 38 Conn. App. 685 (AC 12161), is denied.

*Roger J. Frechette* and *Matthew E. Frechette,* in support of the petition.

*Susan M. Cormier, Wesley W. Horton* and *Anthony Nuzzo, Jr.,* in opposition.

Decided September 13, 1995